Now comes the Complainant in Equity to respectfully show to the Court:

I.

That Kyle and Charlesa are the owners in fee of the house and land described as 996 Eddington Road, Marshall, Texas 75672.

II.

On the 31st day of March 2022 Complainant tendered a deposit of original executed chattels and instruments the value of which is acknowledged via receipt in the sum of $427,458 to purchase tracts of land described as 996 Eddington Road, Marshall, Texas 75672.

III.

That complainant's right of possession is disputed by the defendant, who fraudulently obtained a deed of trust and an assignment of lien. The acts of the defendant are contrary to Equity and the complainant has no adequate remedy at law.

IV.

That the defendant is abusing his position and in bad faith is attempting wrongful foreclosure of the complainant's trust res despite the complainant making several good faith attempts to resolve the matter. The foreclosure proceedings initiated by the defendant are wrongful and would cause irreparable harm to the complainant

V.

That Complainant is not aware if the defendant has any sureties for the faithful discharge of his duty to the complainant.

VI.

That as a consequence of the preceding facts, the complainant is entitled to relief and therefore prays:

1st. That an injunction issue to restrain the defendant from proceeding with the wrongful foreclosure sale.

2nd. To move for an exparte evidentiary hearing in chambers and seal on the grounds of confidential and private information.

3rd. That subpoena to answer against the said defendant requiring him to answer this bill on oath.

4th. That the Chancellor grant the relief sought by the complainant and provide any additional relief that she may be entitled to.

DECREE OF INJUNCTION

On consideration whereof it is ordered, adjudged and decreed by the Court:

1st That complainant is the owner in fee of the tracts of land described in the bill and has the right to possession thereof. Said tracts of land so adjudged to the complainant described as follows; 996 Eddington Road, Marshall, Texas 75672.

2nd That the Deed of Trust (2022-000004447) and the assignment of lien (2022-000012306) filed with the Harrison County Clerk's office are declared invalid as they were obtained by fraud, accident or mistake and such clouds on the title are removed.

3rd: That defendant is perpetually enjoined from in any way asserting, or attempting to assert, any claim to said tract of land under said instruments, and that the complainant's right to said land and buildings be declared and quieted.

4th That defendant is further ordered to take all necessary steps to halt the foreclosure proceedings and to provide written confirmation to the Court and to complainant that such actions have been taken within 10 days.

Charlesa in the House of Flatten
Post office box 634
Scottsville, Texas 75688

## Verification

Texas State
Harrison County

The complainant, Charlesa affirms that the foregoing bill are true, to the best of her knowledge, information and belief, and the bill is on the direct personal knowledge of the complainant.

Charlesa

## Jurat

This instrument was sworn to and subscribed before me this 3rd day of April 2023.

Rhonda Layton    Notary public
my commission expires: 10-23-2026


RHONDA LAYTON
Notary Public
State of Texas
ID # 254553-4
My Comm. Expires 10/23/2026

To the honorable _____, Chancellor of the Texas Eastern District holding the Chancery Court at Sam B Hall Jr. Federal Building and United States Courthouse.

In the Sam B Hall Jr Federal Building
and United States Courthouse
Texas Eastern District

Charlesa in the House of Flatten, at all times clothed in Prerogative powers, a spirit of life with dominion over land near Harrison County, Texas

Complainant/Beneficiary

VS

Jim Furash d/b/a Chief Executive officer of AMERIHOME MORTGAGE COMPANY LLC, a non-resident of Harrison County, Texas

Defendant/Trustee