IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLESA FLATTEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-cv-0197-JRG-RSP |
| JIM FURASH, | § § § | |
| *Defendant.* | § § § | |

## ORDER

Jim Furash filed a Motion to Dismiss. (Dkt. No. 11). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 29) recommending the grant of the Motion to Dismiss. Charlesa Flatten filed Objections to the Report and Recommendation. (Dkt. No. 30).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on the Objections, the Court agrees with the reasoning set forth in the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charlesa Flatten's Objections, **ADOPTS** the Report and Recommendation, and **GRANTS** the Motion to Dismiss (Dkt. No. 11).

**So ORDERED and SIGNED this 26th day of June, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE