IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLESA FLATTEN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-cv-0197-JRG-RSP |
| JIM FURASH, | § § § | |
| *Defendant.* | § § § | |

## FINAL JUDGMENT

Pursuant to the order entered on this date granting Defendant's Motion to Dismiss (Dkt. No. 11), the Court hereby enters a Final Judgment between plaintiff Charlesa Flatten and Defendant Jim Furash.

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** at Plaintiff's costs. It is further **ORDERED** that all pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 26th day of June, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE